■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VELEZ, Appellant.—Appeal from a judgment of the Supreme Court at Trial Term (Ellison, J.), rendered July 3, 1984 in Chemung County, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Judgment affirmed *(see, People v Rodriguez,* 126 AD2d 896; *People v Simms,* 124 AD2d 349; *People v Motley,* 119 AD2d 57, *lv granted* 68 NY2d 919). Mahoney, P. J., Kane, Weiss, Levine and Harvey, JJ., concur.